# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JEAN M. HALONEN,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br>*Defendant* | )<br>)<br>) Civil Action No. 13-CV-0092-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 21, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 13, is DENIED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on motions for SUMMARY JUDGMENT (ECF NOS. 13 and 21).

Date: March 17, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen